IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JAMES S. BOYD )
)
v. ) NO. 3-15-1150
) JUDGE CAMPBELL
NURSE JESSICA ISON and )
COMMISSARY VENDOR )

ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge (Docket No. 15), to which no Objections have been filed. The Court has reviewed the Report and Recommendation and the file. The Report and Recommendation is adopted and approved.

Accordingly, the Motion to Dismiss filed by Defendant Ison (Docket No. 12) is GRANTED, and all claims against Defendant Ison are DISMISSED.

The only remaining Defendant is an unnamed Commissary Vendor who apparently was served, despite being unnamed (Docket No. 9), and for whom an attorney has filed a Notice of Appearance (Docket No. 14). This case is referred back to the Magistrate Judge to determine the status of Plaintiff's claims against this unnamed Defendant.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE